1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant U.S. Attorney
5
      450 Golden Gate Ave (11th Floor)
6     San Francisco, CA 94102
      Telephone: (415) 436-7200
7
   Attorneys for the United States
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 UNITED STATES OF AMERICA,        )   CRIMINAL NO. 3-08-70041
                                    )
13       Plaintiff,                 )
                                    )   NOTICE OF PROCEEDINGS ON
14       v.                         )   OUT-OF-DISTRICT CRIMINAL
                                    )   CHARGES PURSUANT TO RULES
15 CYRIL EGU                        )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                    )   OF CRIMINAL PROCEDURE
16       Defendant.                 )
                                    )
17 _____ )

18      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19 Procedure that on January 27, 2008, the above-named defendant was arrested based upon an

20 arrest warrant (copy attached) issued upon an

21      X   Indictment

22      ☐   Information

23      ☐   Criminal Complaint

24      ☐   Other (describe) _____

25 pending in the District of Nevada_____, Case Number 07-CR-00057 LRH-VPC

26

27

28

                                          1

1  In that case, the defendant is charged with a violation(s) of Title 18 United States Code §§
2  1028A and 1029(a)(2).
3  Description of Charges: <u>Aggravated Identity Theft and Access Device Fraud</u>.

                                        Respectfully Submitted,
                                        JOSEPH P. RUSSONIELLO
                                        UNITED STATES ATTORNEY

Date: 1/28/08

                                        ALBERT B. SAMBAT
                                        Special Assistant U.S. Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| CYRIL EGU | Case Number: 3:07-CR-00057... |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    CYRIL EGU
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Aggravated Identity Theft (Counts One and Three)
Access Device Fraud (Counts Two and Four)

in violation of Title  18  United States Code, Section(s) 1028A and 1029(a)(2)

VALERIE P. COOKE
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

June 13, 2007  RENO, NEVADA
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



COPY

1 STEVEN W. MYHRE
  Acting United States Attorney
2 WILLIAM R. REED
  Assistant United States Attorney
3 100 West Liberty Street, Suite 600
  Reno, Nevada 89501
4 (775) 784-5438



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:07-CR-00057-LRH- |
| Plaintiff | INDICTMENT FOR VIOLATION OF |
| vs. | TITLE 18, UNITED STATES CODE, SECTION 1028A – Aggravated Identity Theft (Counts One and Three); TITLE 18 UNITED STATES CODE 1029(a)(2) – Access Device Fraud (Counts Two and Four) |
| CYRIL EGU, | |
| Defendant | |

THE GRAND JURY CHARGES:

### COUNT ONE
(Aggravated Identity Theft)

On or about November 14, 2006, in the State and Federal District of Nevada,

CYRIL EGU,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, a Mastercard account that was fraudulently obtained using Robert Olson's name, date of birth and social security number, during and in relation to a felony offense of Access Device Fraud, in violation of Title 18, United States Code, Section 1029(a)(2).

All in violation of Title 18, United States Code, Section 1028A.

## COUNT TWO

(Access Device Fraud)

On or about November 14, 2006, in the State and Federal District of Nevada,

**CYRIL EGU**,

the defendant herein, did knowingly and with intent to defraud, use and cause to be used an unauthorized access device, that is a Juniper Bank MasterCard credit card for account number XXXX-XXXX-XXXX-5458, and by such conduct obtained two (2) Apple laptop computers with an aggregate value over $1000, and the use of this unauthorized access device affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT THREE

(Aggravated Identity Theft)

On or about August 1, 2006, in the State and Federal District of Nevada,

**CYRIL EGU**,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, an MBNA Mastercard account that was fraudulently established using Sam Zeszut's date of birth and social security number, during and in relation to the felony offense of Access Device Fraud, in violation of Title 18, United States Code, Section 1029(a)(2).

All in violation of Title 18, United States Code, Section 1028A.

## COUNT FOUR

(Access Device Fraud)

On or about August 1, 2006, in the State and Federal District of Nevada,

**CYRIL EGU**,

the defendant herein, did knowingly and with intent to defraud, use and cause to be used an unauthorized access device, that is an MBNA MasterCard credit card for account number XXXX-XXXX-XXXX-1142, and by such conduct obtained two (2) Apple laptop computers with an aggregate value over $1000, and the use of this unauthorized access device affected interstate

1  commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

3  DATED: this 12 day of June, 2007.

   A TRUE BILL:

   /S/
   _____
   FOREPERSON OF THE GRAND JURY

7  Submitted by:

8  STEVEN W. MYHRE
   Acting United States Attorney

   [signature]

10 WILLIAM R. REED
11 Assistant United States Attorney

   CERTIFIED TO BE A TRUE COPY
   Clerk, United States District Court
   By _____
       Deputy Clerk

3