**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 30, 2008

Office of the Clerk
U.S. District Court
District of Nevada
400 S. Virginia Street
Reno, NV 89501

Case Name:     US v Cyril Egu
Case Number:   3-08-70041 EDL
Charges:       18:1028A, 1029(a)(2)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Elizabeth D. Laporte. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
(X)   The defendant has a court appearance in your court on: 1/30/08 3:00 p.m.

Enclosed are the following documents:

original Rule 45 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____                     **CLERK, U.S. DISTRICT COURT**

                                           By _____
                                              **Deputy Clerk**